# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**AMY JACKSON-BOLINGER, et al.**

          **PLAINTIFFS**

v.

**AMERICORE HEALTH, LLC, et al.**

          **DEFENDANTS**

**Civil Action No. 3:19CV-00450-JHM**
SENIOR JUDGE JOSEPH H. MCKINLEY, JR.

## ORDER

    A review of the record in this action indicates that the conduct giving rise to the instant action allegedly occurred in Bell County, Kentucky, which is located in the Eastern District of Kentucky.

    **IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the Eastern District of Kentucky for re-allotment to a judge assigned to that division. *See* LR 3.2(a).  **All future filings related to this action must be filed under the Eastern District of Kentucky case number.**

    The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action.

*Joseph H. McKinley Jr., Senior Judge*
United States District Court

Copies to:   Counsel of record

June 21, 2019